UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAHRAM SABA,<br><br>    Plaintiff,<br><br>  v.<br><br>MARIA SINUTKO, et al.,<br><br>    Defendants. | Case No. CV 22-0427 PA (PVCx)<br><br>**ORDER SUMMARILY REMANDING IMPROPERLY-REMOVED ACTION** |

  The Court will remand this unlawful detainer action to state court summarily because Defendant removed it improperly.

  On January 20, 2022, Defendant, having been sued in what appears to be a routine unlawful detainer action in California state court, filed a Notice of Removal of that action to this Court and an application to proceed *in forma pauperis*. The Court has denied Defendant's IFP application under separate cover because the action was not properly removed. To prevent the action from remaining in jurisdictional limbo, the Court issues this Order to remand the action to state court.

  Simply stated, this action could not have been originally filed in federal court because the complaint does not competently allege facts supporting either diversity or

federal-question jurisdiction, and therefore removal is improper.  28 U.S.C. § 1441(a); *see Exxon Mobil Corp. v. Allapattah Svcs., Inc.*, 545 U.S. 546, 563 (2005).

Accordingly, IT IS ORDERED that (1) this matter be REMANDED to the Superior Court of California, County of Los Angeles, Northwest District, Van Nuys Courthouse East, 6230 Sylmar Ave, Van Nuys, CA 91401 for lack of subject matter jurisdiction pursuant to 28 U.S.C. § 1447(c); (2) the Clerk send a certified copy of this Order to the state court; and (3) the Clerk serve copies of this Order on the parties.

IT IS SO ORDERED.

DATED:  January 24, 2022

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE